UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS WARD KLINE,

Plaintiff,

v.

SWORDS TO PLOWSHARES, et al.,

Defendants.

Case No.25-cv-04971-EMC

**JUDGMENT**

On July 25, 2025, the Court dismissed the First Amended Complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 25, 2025

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California